**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| KIRK RUSSELL MARSH, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-516 (PTG/IDD) |
| | ) | |
| STATE OF UTAH, *et al.*, | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

**ORDER**

This matter comes before this Court on Plaintiff's Motion for Relief from Judgment Under Federal Rules of Civil Procedure 60(b)(6) (Dkt. 37) (the "Motion"). Under the Local Rules, "[t]he moving party shall be responsible to set the motion for hearing or to arrange with opposing counsel for submission of the motion without oral argument." E.D. Va. Loc. R. 7(E). Furthermore, "a motion shall be deemed withdrawn if the movant does not set it for hearing (or arrange to submit it without a hearing) within thirty (30) days after the date on which the motion is filed." *Id.* It has been over ten months since Plaintiff filed his Motion, and neither a notice nor waiver of hearing has been filed with the Court.

Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Injunctive and Declaratory Relief and Other Appropriate Remedies (Dkt. 37) is deemed **WITHDRAWN without prejudice**.

Entered this 21st day of August, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge